UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

        v.                          Case No.  06-cr-122-01/02/03-SM

<u>Chamroeun Van,</u>
<u>Soreasey Soeur and</u>
<u>Srey Eng</u>

O R D E R

Government's motion to continue the final pretrial conference and trial is granted (document 132).   Trial has been rescheduled for the November 2006 trial period.   Defendants shall file a waiver of speedy trial rights not later than September 5, 2006.   On the filing of such waivers, this continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant s in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendants the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:** October 30, 2006 at 3:30 p.m.

**Jury Selection**: November 7, 2006 at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

August 29, 2006

cc: John Kacavas, Esq.
    Steven Rappaport, Esq.
    David Bownes, Esq.
    Mark Zuckerman, AUSA
    US Probation
    US Marshal